## No. 10-10994 (10A1219). Eddie Duval Powell, Petitioner v. Alabama.

564 U.S. 1015, 131 S. Ct. 3017, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4562.

June 16, 2011. Application for stay of

execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.